## ANDERSON v. STATE.

No. 18916.

Court of Criminal Appeals of Texas.

March 31, 1937.

Rehearing Denied May 12, 1937.

Smith & Dowdy, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the failure to stop and render aid after an automobile collision; penalty assessed at a fine of $150 and confinement in the county jail for thirty days.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

No error has been perceived or pointed out.

The judgment is affirmed.

## STAMATES v. STATE.

No. 18966.

Court of Criminal Appeals of Texas.

April 28, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for twenty years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.